| PREFERENCE DEFENDANT | CONTACT/ATTORNEY | PREFERENCE AMOUNT |
|---|---|---|
| ABN AMRO- (32nd Dist acct # 038-00795-1-7)<br>208 South LaSalle St.<br>Chicago    l60604 | | 8/31/00 $41,630.52 |
| ABN AMRO- (Comstock acct # 038-20406)<br>208 South LaSalle St.<br>Chicago    l60604 | | 10/13/00 $25,920.35 |
| ABN AMRO- (Comstock acct # 038-20406)<br>208 South LaSalle St.<br>Chicago    l60604 | | 8/17/00 $25,920.35 |
| ABN AMRO- (Comstock acct # 038-21174)<br>208 South LaSalle St.<br>Chicago    l60604 | | 8/17/00 $28,400.00 |
| ABN AMRO- (Hayes Acct # 038-00796)<br>208 South LaSalle St.<br>Chicago    l60604 | | 10/11/00 $2,165,065.08 |
| ABN AMRO- (Hayes acct # 038-00797)<br>208 South LaSalle St.<br>Chicago    l60604 | | 10/13/00 $79,600.00 |
| ABN AMRO- (Hayes acct # 038-00797)<br>208 South LaSalle St.<br>Chicago    l60604 | | 9/19/00 $79,600.00 |
| ABN AMRO- (Hayes acct # 038-00797)<br>208 South LaSalle St.<br>Chicago    l60604 | | 8/24/00 $79,600.00 |
| ABN AMRO- (Hidalgo acct # 038-00007)<br>208 South LaSalle St.<br>Chicago    60604 | | 11/07/00 $205,889.25 |

| PREFERENCE DEFENDANT | CONTACT/ATTORNEY | PREFERENCE AMOUNT |
|---|---|---|
| ABN AMRO- (Hidalgo acct # 038-07811)<br>208 South LaSalle St.<br>Chicago   I60604 | | 8/17/00 $117,385.00 |
| ABN AMRO- (Hidalgo acct # 038-07812)<br>208 South LaSalle St.<br>Chicago   I60604 | | 9/11/00 $53,967.82 |
| ABN AMRO- (LaVilla 1 acct # 038-28015)<br>208 South LaSalle St.<br>Chicago   I60604 | | 9/11/00 $66,000.00 |
| ABN AMRO- (Sweetwater acct # 038-00012)<br>208 South LaSalle St.<br>Chicago   I60604 | | 8/17/00 $10,750.00 |
| ABN AMRO- (Travis acct # 038-00104-445)<br>208 South LaSalle St.<br>Chicago   I60004 | | 9/11/00 $61,020.00 |
| Alden, John<br>address unknown | | $29,951.00 |
| Bank Chicago (Sweetwater acct # 038-00012)<br>10635 S. Ewing Avenue<br>Chicago   I60617 | | 8/17/00 $10,750.00 |
| Bonner, John L.<br>4302 Sarsota Dr.<br>Austin    T 78749 | | 47,976.20 |
| Carrasquillo Associates<br>attn: Terry McGee<br>4534 Westgate Boulevard, Suite 230<br>Austin    T 78745 | | $79,123.38 |

| PREFERENCE DEFENDANT | CONTACT/ATTORNEY | PREFERENCE AMOUNT |
|---|---|---|
| Central Power & Light<br>P.O. BOX 21930<br>Tulsa    O 74121-1930 | | $34,529.44 |
| Century Fence<br> 240 Sioux Rd.<br>Alamo    T 78516 | | $29,187.09 |
| City of Austin<br>P.O. Box 2267<br>Austin    T 78768-2267 | | $37,233.50 |
| City of Lavilla<br>P.O. Box 68<br>Lavilla    T 78562 | | $10,485.11 |
| Conversant Technologies, Inc.<br>P.O. Box 865081<br>Plano    T 75086-5081 | | $19,635.80 |
| Dinosar Valley - (Hayes acct # 038-00796-445) | | 10/11/00 $2,165,065.08 |
| Dinosar Valley - (Hayes acct # 038-00797) | | 9/19/00 $79,600.00 |
| Dinosar Valley - (Hayes acct # 038-00797) | | 10/13/00 $79,600.00 |
| Dinosar Valley - (Hayes acct # 038-00797) | | 8/24/00 $79,600.00 |

| PREFERENCE DEFENDANT | CONTACT/ATTORNEY | PREFERENCE AMOUNT |
|---|---|---|
| Earthgrains Baking Companies, Inc.<br>7448 Collection Center Dr.<br>Chicago    I60693 | | $7,480.48 |
| Entergy<br>Southwest Region<br>P.O. Box 61009<br>New Orleans    L 70161 | | $8,113.71 |
| GLH<br>address unknown | | $17,480.11 |
| Hayes County- (Hayes acct # 038-00796)<br>111 E. San Antonio Street, Suite 101<br>San Marcos    T 78666 | | 10/11/00 $2,165,065.08 |
| Hayes County- (Hayes acct # 038-00797)<br>111 E. San Antonio Street, Suite 101<br>San Marcos    T 78666 | | 10/13/00 $79,600.00 |
| Hayes County- (Hayes acct # 038-00797)<br>111 E. San Antonio Street, Suite 101<br>San Marcos    T 78666 | | 9/19/00 $79,600.00 |
| Hayes County- (Hayes acct # 038-00797)<br>111 E. San Antonio Street, Suite 101<br>San Marcos    T 78666 | | 8/24/00 $79,600.00 |
| Hays County<br>111 E. San Antonio Street, Suite 101<br>San Marcos    T 78666 | Jacqueline Murphy<br>Hays County Courthouse<br>111 E. San Antonio St., Ste. 304A<br>San Marcos, TX 78666 | 24,600.00 |
| HealthCare Benefits, Inc.<br>P.O. Box 833889<br>Richardson    T 75083 | | $20,344.48 |

| PREFERENCE DEFENDANT | CONTACT/ATTORNEY | PREFERENCE AMOUNT |
|---|---|---|
| Heckmann, Glen<br>450 Fawn Meadow<br>Dripping Springs    T 78620 | | $8,127.29 |
| ICS Jail Supply<br>P.O. Box 21056<br>Waco    T 76702-1056 | | $43,950.38 |
| IOS Capital<br>Bankruptcy Adm<br>P.O. Box 13708<br>Macon    G 31208-3708 | | $18,892.34 |
| McMullen, Randy<br>322 Cheatham<br>San Marcos    T 78666 | | $5,775.00 |
| Mid Valley Fence<br>address unknown | | $12,500.00 |
| Miller Uniform & Emblems, Inc.<br>attn: Keith Miller<br>2135 West Anderson Lane<br>Austin    T 78757 | | $5,054.45 |
| New York Life Insurance Co.<br>P.O. Box 8705<br>Boston    M 02266-8705 | | $8,567.01 |
| New York Life-TRAC-2000/Pension Services<br>P.O. Box 8705<br>Boston    M 02266-8705 | | $28,246.54 |
| Phillips Distribution, Inc.<br>P.O. Box 200067<br>San Antonio    T 78220-0067 | | $13,892.00 |

| PREFERENCE DEFENDANT | CONTACT/ATTORNEY | PREFERENCE AMOUNT |
|---|---|---|
| Premium Assignment Corporation<br>P.O. Box 3066<br>Tallahassee    F 32315-3066 | | $36,625.40 |
| R. Garza Produce<br>520 West 2nd St.<br>Mercedes    T 78570 | | $7,468.40 |
| Raul Garza<br>400 West Highway 77<br>San Benito    T 78586 | | $5,540.00 |
| RX Management Consultant<br>1305 Wonder World Dr. STE 102<br>San Marcos    T 78666 | | $13,105.09 |
| Southern Foods d/b/a Oak Farms and d/b/a Hygia Dairy<br>c/o Corporation Svc. Company<br>800 Brazos<br>Austin    T 78701 | | 23,962.42 |
| State Street Bank- (Hayes acct # 038-00796)<br>225 Franklin St<br>Boston    M 02110-2804 | | 10/11/00 $2,165,065.08 |
| State Street Bank- (Hayes acct # 038-00797)<br>225 Franklin St<br>Boston    M 02110-2804 | | 10/13/00 $79,600.00 |
| State Street Bank- (Hayes acct # 038-00797)<br>225 Franklin St<br>Boston    M 02110-2804 | | 9/19/00 $79,600.00 |
| State Street Bank- (Hayes acct # 038-00797)<br>225 Franklin St<br>Boston    M 02110-2804 | | 8/24/00 $79,600.00 |

| PREFERENCE DEFENDANT | CONTACT/ATTORNEY | PREFERENCE AMOUNT |
|---|---|---|
| Sysco<br>P.O. Box 910714<br>Round Rock    T 78681 | | (cumulative) $293,184.57 |
| Sysco Dallas<br>P.O. Box 910714<br>Dallas    T 75391-0714 | | |
| Sysco Dallas<br>P.O. Box 300014<br>Dallas    T 75303 | | |
| Sysco Food Services of Austin<br>P.O. Box 149024<br>Austin    T 78391-0714 | | |
| Sysco Food Services of Austin<br>P. O. Box 910714<br>Dallas    T 78391-0714 | | |
| Sysco Food Services of Houston<br>535 Portwall Street<br>Houston    T 77029 | | |
| Sysco Food Services of SA, LP<br>P.O. Box 18364<br>San Antonio    T 78218 | | |
| Sysco Weslaco<br>P.O. Box 1981<br>San Antonio    T 78297-1981 | | |
| TXU Electric<br>P.O. Box 660409<br>Dallas    T 75266-0409 | | $16,902.32 |

| PREFERENCE DEFENDANT | CONTACT/ATTORNEY | PREFERENCE AMOUNT |
|---|---|---|
| Wendler, Sr., Ed<br>106 Golden Cove<br>Kile    T 78640 | | $42,526.69 |
| Westel<br>P.O. Box 2245<br>Austin    T 78768-2245 | | $5,538.56 |
| PREFERENCE DEFENDANT | CONTACT/ATTORNEY | PREFERENCE AMOUNT |